No. 87–5736.   MINCE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5847.   LYONS v. DEPARTMENT OF THE ARMY ET AL. C. A. 5th Cir.   Certiorari denied.

No. 87–5865.   FAIRLEY v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 87–5879.   FRAZIER v. RAILROAD RETIREMENT BOARD. C. A. 9th Cir.   Certiorari denied.

No. 87–5882.   BAILEY v. RIESS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5883.   BAILEY v. EDWARD ET AL.   C. A. 4th Cir. Certiorari denied.

No. 87–5893.   ABERNATHY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 87–5896.   GERMAN v. SUNDOWN VITAMINS, INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 87–5897.   STANLEY ET UX. v. TEXAS.   C. A. 5th Cir. Certiorari denied.

No. 87–5898.   STEARNS-MILLER v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5901.   RONSON v. COMMISSIONER OF CORRECTION OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–5902.   UNDERWOOD v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 87–5905.   JONES v. GRISWOLD, ACTING WARDEN, ET AL. C. A. 11th Cir.   Certiorari denied.

No. 87–5910.   TELEPO v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.